

**SHARON KELLER**
PRESIDING JUDGE

**MIKE KEASLER**
**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

March 13, 2020

5th Court of Appeals Clerk
Lisa Matz
600 Commerce, 2nd Floor
Dallas, TX 75202
* Delivered Via E-Mail *

**Re:** Holder, Christopher James
**CCA No.** PD-1269-16                                    **COA No.** 05-15-00818-CR
**Trial Court Case No.** 416-80782-2013

The majority opinion in the above referenced case has been changed as follows:

- On page 13, line 3, the heading currently states, "b. Carpenter," but it should read, "c. Carpenter."

- On page 18, line 3, the heading currently states, "c. Analysis," but it should read, "d. Analysis."

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:    Stacey M. Soule (Delivered Via E-Mail)
       Presiding Judge 416th District Court (Delivered Via E-Mail)
       Steven R. Miears (Delivered Via E-Mail)
       State Prosecuting Attorney (Delivered Via E-Mail)
       John R. Rolater, Jr. (Delivered Via E-Mail)
       Libby Lange (Delivered Via E-Mail)
       District Attorney Collin County (Delivered Via E-Mail)
       District Clerk Collin County (Delivered Via E-Mail)